UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| VARNADOR SUTTON, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | No. 1:10-cv-1059-SEB-DML |
| UNITED STATES OF AMERICA, | ) |  |
| Defendant. | ) |  |

# E N T R Y

Despite the string of legal and conclusory assertions in the plaintiff's motion for partial summary judgment, what the United States does dispute in this action is that it is liable to the plaintiff for any of the relief the plaintiff seeks. The motion for partial summary judgment is not supported by any evidentiary materials, does not recite factual propositions derived from the pleadings through specific references to the pleadings, and does not establish that there is the absence of a genuine issue of fact as to the plaintiff's claims and that he is entitled to (partial) judgment as a matter of law. Because that is always the initial burden which must be met by a party seeking summary judgment, *Celotex Corp. v. Catrett,* 477 U.S. 317, 323 (1986)("Under summary judgment practice, the moving party always bears the initial responsibility of informing the district court of the basis for its motion, and identifying those portions of 'the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any,' which it believes demonstrate the absence of a genuine issue of material fact.")(quoting **Fed.R.Civ.P.** 56(c)), the motion for partial summary judgment (dkt 19) is **denied.**

**IT IS SO ORDERED.**

Date: 11/30/2010

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Varnador Sutton
#59257-019
Atlanta - U.S. Penitentiary
Inmate Mail/Parcels
P.O. Box 150160
Atlanta, GA 30315

Shelese M. Woods
shelese.woods@usdoj.gov

Winfield D. Ong
winfield.ong@usdoj.gov

Gerald A. Coraz
gerald.coraz@usdoj.gov